ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL E. PURCELL,<br><br>        Defendant. | Case No. 1:24-po-00195-SAB<br><br>[Citation #FBLV001L CA/4B]<br><br>MOTION AND ORDER FOR DISMISSAL |

     The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00195-SAB [Citation #FBLV001L CA/4B] against DANIEL E. PURCELL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 10, 2026                      Respectfully submitted,

                               ERIC GRANT
                               United States Attorney

By:   /s/ *Arelis M. Clemente*
       ARELIS M. CLEMENTE
       Assistant United States Attorney

1

# O R D E R

IT IS HEREBY ORDERED that Case No. 1:24-po-00195-SAB [Citation #FBLV001L CA/4B] against DANIEL E. PURCELL is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **June 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Purcell
Case No. 1:24-po-00195-SAB